No. 89–1756. ROYAL CROWN COLA CO. *v.* COCA-COLA CO. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 89–1759. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* HILL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.